The People of the State of New York ex rel. James Ryan, Respondent, v. Frederick W. Bleckwenn, Treasurer, etc., Appellant.— Order for peremptory writ of mandamus affirmed, with ten dollars costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., dissenting

William S. Forbes, Appellant, v. Theodore Chichester, Executor, etc., Respondent — Order confirming referee's report and judgment thereon affirmed, with costs. Opinion by Pratt, J.

B.idget Flanagan, Administratrix, Respondent, v. The New York, New Haven and Hartford, Railroad Company, Appellant, Im- ment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., dissenting.

William A. Hopkins, Respondent, v. Leon C. Riggs, Appellant, Impleaded.— Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Edward J. Hall, Jr., Respondent, v. Cornelius R. Colyer, Appellant.— Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

The People of The State of New York ex rel. George Wren v. Adolph Goetting, Police Justice.— Order denying application for writ of mandamus affirmed, with costs. Opinion by Pratt, J.

Matter of Application of the Union Elevated Railroad Company, Respondent. to Condemn Lands of James C. Jewett, Appellant.— Award of commissioners and order confirming the same affirmed, with costs. Opinion by Barnard, P. J.

Barbara Stimmel, Appellant, v. Charles Watts and another, Respondents.— Judgment affirmed, with costs Opinion by Dykman, J.; Barnard, P. J., not sitting.

Harmon C. Schultz, Respondent, v. George W. Mead, Appellant.— Judgment affirmed, with costs. Opinion by Pratt, J.

Matter of Application of Alfred M. Merrill, Trustee, etc.— Order reversed, with costs and disbursements. Opinion by Barnard, P. J.

Theodore Westlake, Respondent, v. Rosina Koch and another, Appellants.— Judgment and modified judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Russell W. Ostrander, Appellant, v. Joseph Hart, Executor, etc., Respondent. — Judgment affirmed, with costs. Opinion by Barnard. P. J.

The People of The State of New York ex rel. George W. Smith, Appellant, v. The Board of Commissioners of Police for the County of Richmond, etc., Respondent.— Order overruling demurrer to return and judgment thereon affirmed, with costs. No costs on appeal from order. Opinion by Dykman, J.

Mary A. Dale, Respondent, v. Peter A. H. Jack-

son, Appellant — Judgment affirmed, with costs. Opinion by Dykman, J.

Daniel Mapes, Jr., and others, Executors, Appellants, v. Walter Charles and others, Respondents.— Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Jane Montgomery, Respondent, v. The Long Island Railroad Company, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Matter of Arbitration of Michael Bennett.— Award and order confirming same affirmed, with costs. Opinion by Barnard, P. J.

Julius A. Kohn, Appellant, v. Malcolm Henderson, Respondent. — Judgment affirmed, with costs. Op nion by Dykman, J.

Frederic N. Smith, Receiver, etc., Appellant, v. Rosalie Hahn and another, Respondents.— Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Thomas C. Arnow and others, Respondents, v. John D. Ferguson, Appellant, Impleaded.— Order affirmed, with costs and disbursements. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Matter of Judicial Settlement of Henry Huss, Executor, etc — Part of surrogate's decree appealed from affirmed, with costs. Opinion by Pratt, J.

Henry C. Martine, Respondent, v. Martha M. Huyler, Appellant. — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by Dykman, J.

Alice M Allan, Respondent, v. The State Steamship Company (Limited), Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.; Pratt, J., not sitting.

Patrick Brennan, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.

Milly Ann Ryerson, Respondent, v Edmond F. Ryerson, Appellant — Judgment affirmed, with costs. Opinion by Pratt, J.

Lewis E. Waterman and another, Appellants, v. Edward L. Shipman and another, Respondents. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

James C. Bell, Respondent, v. Daniel J. Weir and others, Appellants. — Interlocutory judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

Matter of Peter M. Baum. — Application to disbar respondent as an attorney of the Supreme Court, granted. Opinion by Dykman, J.

Roxana Kelley, Plaintiff, v. Ann Augusta Foster and others, Defendants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Cullen, J., dissenting.

Lewis L. Fosdick, Plaintiff, v. Town of Hempstead and others Defendants.— Judgment modified in accordance with opinion of Cullen, J. Opinions by Barnard, P. J., and Cullen. J. Order to be settled by Justice Cullen; Dykman, J., dissenting.

## FOURTH DEPARTMENT, FEBRUARY TERM, 1890.

James Singleton, Respondent, v. Home Insurance Company of New York, Appellant, Impleaded, etc.— Judgment affirmed; order affirmed, with ten dollars costs and disbursements.

The People of the State of New York, Appellant, v. Alfred M. Crotty, Respondent.— Order and judgment reversed, and demurrer overruled, with liberty to the defendant to plead, and the clerk directed to enter judgment and remit a certified copy thereof with the return and de-

cision of this court to the Court of Oyer and Terminer of Oswego county, pursuant to sections 547 and 548 of the Code of Criminal Procedure. Opinion by Hardin, P. J.

In the Matter of the Judicial Settlement of Daniel Falls, as Administrator, etc., Respondent, v. Scott G. Falls, Appellant. — Case sent back for such action and proceeding as counsel may deem advisable. Opinion by Hardin, P. J.